# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

NEDRA WILSON,

               Plaintiff,

vs.

NEVADA AFFORDABLE HOUSING
ASSISTANCE CORPORATION,

               Defendant.

2:15-cv-01387-APG-CWH

**ORDER**

Before the court is Defendant Nevada Affordable Housing Assistance Corporation's Request for Exception to Attendance Requirements (#22).

IT IS HEREBY ORDERED that any opposition must be filed on or before December 7, 2015.  No reply necessary.

DATED this 24th day of November, 2015.

               _____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE