# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

NEDRA WILSON,

        Plaintiff,

vs.

NEVADA AFFORDABLE HOUSING ASSISTANCE CORPORATION,

        Defendant.

2:15-cv-01387-APG-CWH

**ORDER**

    Before the court is Defendant Nevada Affordable Housing Assistance Corporation's Request for Exception to Attendance Requirements (#22). Plaintiff filed a non-opposition to the instant motion. (#24). The court finds that Defendant has given sufficient reason to allow Shari D. DaCosta, Director of YorkPro, Inc., representative of the third party administrator for NAHAC's insurance carrier, to appear telephonically at the Early Neutral Evaluation scheduled for 10:00 a.m., December 28, 2015.

    Accordingly, and for good cause shown,

    IT IS HEREBY ORDERED that Defendant Nevada Affordable Housing Assistance Corporation's Request for Exception to Attendance Requirements (#22) is GRANTED. Ms. Shari D. DaCosta may appear telephonically at the ENE and must be available for the entire duration.

    DATED this 25th day of November, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE