CHRISTOPHER H. BYRD
State Bar No. 1633
ANN MORGAN
State Bar No. 933
SHANNON S. PIERCE
State Bar No. 12471
FENNEMORE CRAIG, P.C.
300 East Second Street - Suite 1510
Reno, Nevada 89501
Telephone: (775) 788-2200
Facsimile: (775) 786-1177
cbyrd@fclaw.com
amorgan@fclaw.com
spierce@fclaw.com
*Attorneys for Defendant*
*Nevada Affordable Housing Assistance Corporation*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEDRA WILSON, <br><br> Plaintiff, <br><br> vs. <br><br> NEVADA AFFORDABLE HOUSING ASSISTANCE CORPORATION, a Nevada non-profit corporation, <br><br> Defendant. | Case No. 2:15-cv-01387-APG-CWH <br><br> **STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

It is hereby stipulated and agreed by and between the parties to this action, Plaintiff Nedra Wilson ("Plaintiff") and Defendant NEVADA AFFORDABLE HOUSING ASSISTANCE CORPORATION ("Defendant"), by and through their respective counsel of record, that the above-captioned action and all causes of action asserted therein (including all claims asserted by Plaintiff and all counterclaims asserted by Defendant) should be dismissed with prejudice, with each party to bear her or its own attorneys' fees and costs in this matter.

//

//

-1-

IT IS SO STIPULATED.

Respectfully submitted.

DATED: This 7th day of August, 2017.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak

Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: (702) 454-4900
Facsimile: (702) 938-1055
Email: bob@spretnak.com
Attorneys for Plaintiff
NEDRA WILSON

DATED: This 7th day of August, 2017.

FENNEMORE CRAIG, P.C.

By: /s/ Shannon Pierce

CHRISTOPHER H. BYRD (SBN 1633)
ANN MORGAN (SBN 933)
SHANNON S. PIERCE (SBN 12471)
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: (775) 788-2200
Fax: (775) 786-1177
Attorneys for Defendant
NEVADA AFFORDABLE HOUSING
ASSISTANCE CORPORATION

**ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED that the above-captioned action, and all claims asserted therein, are dismissed with prejudice. Each party must bear her or its own attorney's fees and costs.

DATED this 8th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE